# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-50949

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

STATE OF TEXAS,

*Defendant—Appellant*,

ERICK GRAHAM; JEFF TULEY; MISTIE SHARP,

*Intervenor Defendants—Appellants*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-796

---

Before STEWART, HAYNES, and HO, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellant's emergency motion to stay the preliminary injunction pending appeal is temporarily held in abeyance pending further order by this motions panel. Appellee is directed to respond to the emergency motion by 5 pm on Tuesday, October 12, 2021.

IT IS ORDERED that Appellant's alternative motion for a temporary administrative stay pending the court's consideration of the emergency motion is GRANTED.